No. 78–5379.  Lippitt *v.* Board of Education, South Euclid-Lyndhurst City School District.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 78–5385.  Lam Lek Chong *v.* New York.  Ct. App. N. Y.  Certiorari denied.

No. 78–5390.  Watson *v.* Jago, Correctional Superintendent.  C. A. 6th Cir.  Certiorari denied.

No. 78–5397.  Emery *v.* United States Department of Justice.  C. A. D. C. Cir.  Certiorari denied.

No. 78–5399.  Lord *v.* United States.  C. A. 2d Cir.  Certiorari denied.

No. 78–5404.  Balitian *v.* Kuta et al.  C. A. D. C. Cir.  Certiorari denied.

No. 78–5406.  Rich, aka Lunceford *v.* United States.  C. A. 9th Cir.  Certiorari denied.

No. 78–5423.  Bustillo *v.* United States.  C. A. 5th Cir.  Certiorari denied.

No. 78–5438.  Blankenship *v.* Overberg, Correctional Superintendent.  C. A. 6th Cir.  Certiorari denied.

No. 78–5444.  Jordan *v.* United States.  C. A. 9th Cir.  Certiorari denied.

No. 78–5448.  Restrepo-Granda *v.* United States.  C. A. 5th Cir.  Certiorari denied.

No. 78–5450.  Chimprapiboon *v.* United States.  C. A. 9th Cir.  Certiorari denied.

No. 78–5455.  Moore *v.* United States.  C. A. 4th Cir.  Certiorari denied.